FRANCIS X. McQUADE, Respondent, v. CHARLES A. STONEHAM and JOHN J.

---

* Affd., 262 N. Y. 593.

McGraw, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [142 Misc. 842.]